# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:20-mj-1657-T-AAS | **DATE:** July 9, 2020 |
| **HONORABLE** AMANDA ARNOLD SANSONE | **INTERPRETER** N/A **LANGUAGE** |
| UNITED STATES OF AMERICA | AUSA Michal Homer  AUSA John Shipley |
| v. | Government Counsel |
| JONATHAN DAVID GRENON  JORDAN PAUL GRENON  **Defendant** | **Defense Counsel** |
| **DEPUTY CLERK** Cathy Morgan | **COURT RPTR** Scott Gamertsfelder |
| **TIME** 2:06 – 4:55    **TOTAL** 2 hrs 49 min. | **Courtroom** Via Zoom |

**PROCEEDINGS:**

### PRELIMINARY EXAMINATION AND DETENTION HEARING

All parties appear through Zoom/Video. Defendants consent to the hearing being held by video/zoom. Defendants confirm that they still want to appear pro se. Defendants confirm that they received and read the criminal complaint and the memo for detention filed by the government. Government calls FDA Special Agent Michelle Ciolek, witness sworn. Government offers Exhibits 1, 2, 3, defendants object, Court admits Exhibits 1, 2, 3. Government offers Exhibits 4 and 5, defendants have no objection, Court admits Exhibits 4 and 5. Jonathan Grenon and Jordan Grenon questioned witness. Government gives argument. Jonathan Grenon gives argument. Jordan Grenon gives argument. Court finds probable cause. Government argues in favor of detention. Jonathan Grenon argues in favor of release. Jordan Grenon argues in favor of release. Court detains the defendants. The United States Marshals are directed to transport the defendants to the Southern District of Florida.